**EXHIBIT "A"**

| LOAN NUMBER | | | | Last Name | HENRY | | Case # | 20-10598 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Stip 12/15/2020 to 4/15/2021 iao $643.37
Stip 5/15/2021 iao $643.35
PCN effective 12/1/2020 iao $973.52
PCN effective 4/1/2021 iao $1,002.93
PCN effective 3/1/22 iao 989.92

2/1/2023  $ 1,055.68

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Stip Payments | Debtor Balance | PP Payment Balance | Trustee Balance | Stip Balance | Post-Petition Due Date | Contractual Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | AO entered on 11/27/2020 and post petition due form 12/1/2020 | | | | | $ - | $ - | $ - | $ - | | |
| 12/24/2020 | $ 975.00 | $ 975.00 | | $ 975.00 | to debtor suspense | $ 975.00 | | | | $ 975.00 | | $ - | $ - | | |
| 1/19/2021 | $ 700.00 | $ 700.00 | | $ 1,675.00 | to debtor suspense | $ 700.00 | | | | $ 1,675.00 | $ - | $ - | $ - | | |
| | | | | $ 1,675.00 | 1 post petition payment | $ (973.52) | $ 973.52 | | | $ 701.48 | $ 973.52 | $ - | $ - | 12/1/2020 | |
| | | | | $ 1,675.00 | Dec Stip | $ (643.37) | | | $ 643.37 | $ 58.11 | $ 973.52 | $ - | $ 643.37 | | 12/15/2020 |
| 1/19/2021 | $ 280.00 | $ 280.00 | | $ 1,955.00 | to debtor suspense | $ 280.00 | | | | $ 338.11 | $ 973.52 | $ - | $ 643.37 | | |
| 2/25/2020 | $ 980.00 | $ 980.00 | | $ 2,935.00 | to debtor suspense | $ 980.00 | | | | $ 1,318.11 | $ 973.52 | $ - | $ 643.37 | | |
| 3/15/2021 | $ 1,005.00 | $ 1,005.00 | | $ 3,940.00 | to debtor suspense | $ 1,005.00 | | | | $ 2,323.11 | $ 973.52 | $ - | $ 643.37 | | |
| | | | | $ 3,940.00 | 1 post petition payment | $ (973.52) | $ 973.52 | | | $ 1,349.59 | $ 1,947.04 | $ - | $ 643.37 | 1/1/2021 | |
| | | | | $ 3,940.00 | Jan Stip | $ (643.37) | | | $ 643.37 | $ 706.22 | $ 1,947.04 | $ - | $ 1,286.74 | | 1/1/2021 |
| 4/22/2021 | $ 500.00 | $ 500.00 | | $ 4,440.00 | to debtor suspense | $ 500.00 | | | | $ 1,206.22 | $ 1,947.04 | $ - | $ 1,286.74 | | |
| 5/18/2021 | $ 1,005.00 | $ 1,005.00 | | $ 5,445.00 | to debtor suspense | $ 1,005.00 | | | | $ 2,211.22 | $ 1,947.04 | $ - | $ 1,286.74 | | |
| | | | | $ 5,445.00 | 1 post petition payment | $ (973.52) | $ 973.52 | | | $ 1,237.70 | $ 2,920.56 | $ - | $ 1,286.74 | 2/1/2021 | |
| | | | | $ 5,445.00 | feb Stip | $ (643.37) | | | $ 643.37 | $ 594.33 | $ 2,920.56 | $ - | $ 1,930.11 | | 2/1/2021 |
| 6/24/2021 | $ 1,005.00 | $ 1,005.00 | | $ 6,450.00 | to debtor suspense | $ 1,005.00 | | | | $ 1,599.33 | $ 2,920.56 | $ - | $ 1,930.11 | | |
| 7/22/2021 | $ 1,000.00 | $ 1,000.00 | | $ 7,450.00 | to debtor suspense | $ 1,000.00 | | | | $ 2,599.33 | $ 2,920.56 | $ - | $ 1,930.11 | | |
| | | | | $ 7,450.00 | 1 post petition payment | $ (973.52) | $ 973.52 | | | $ 1,625.81 | $ 3,894.08 | $ - | $ 1,930.11 | 3/1/2021 | |
| | | | | $ 7,450.00 | march Stip | $ (643.37) | | | $ 643.37 | $ 982.44 | $ 3,894.08 | $ - | $ 2,573.48 | | 3/1/2021 |
| 8/18/2021 | $ 1,039.60 | $ 1,039.60 | | $ 8,489.60 | to debtor suspense | $ 1,039.60 | | | | $ 2,022.04 | $ 3,894.08 | $ - | $ 2,573.48 | | |
| | | | | $ 8,489.60 | 1 post petition payment | $ (1,002.93) | $ 1,002.93 | | | $ 1,019.11 | $ 4,897.01 | $ - | $ 2,573.48 | 4/1/2021 | |
| | | | | $ 8,489.60 | April stip | $ (643.37) | | | $ 643.37 | $ 375.74 | $ 4,897.01 | $ - | $ 3,216.85 | | 4/1/2021 |
| 9/17/2021 | $ 305.00 | $ 305.00 | | $ 8,794.60 | to debtor suspense | $ 305.00 | | | | $ 680.74 | $ 4,897.01 | $ - | $ 3,216.85 | | |
| 10/18/2021 | $ 1,005.00 | $ 1,005.00 | | $ 9,799.60 | to debtor suspense | $ 1,005.00 | | | | $ 1,685.74 | $ 4,897.01 | $ - | $ 3,216.85 | | |
| | | | | $ 9,799.60 | 1 post petition payment | $ (1,002.93) | $ 1,002.93 | | | $ 682.81 | $ 5,899.94 | $ - | $ 3,216.85 | 5/1/2021 | |
| | | | | $ 9,799.60 | May stip | $ (643.35) | | | $ 643.35 | $ 39.46 | $ 5,899.94 | $ - | $ 3,860.20 | | 5/1/2021 |
| 1/21/2022 | $ 1,010.00 | $ 1,010.00 | | $ 10,809.60 | to debtor suspense | $ 1,010.00 | | | | $ 1,049.46 | $ 5,899.94 | $ - | $ 3,860.20 | | |
| | | | | $ 10,809.60 | 1 post petition payment | $ (1,002.93) | $ 1,002.93 | | | $ 46.53 | $ 6,902.87 | $ - | $ 3,860.20 | 6/1/2021 | |
| 5/18/2022 | $ 1,000.00 | $ 1,000.00 | | $ 11,809.60 | to debtor suspense | $ 1,000.00 | | | | $ 1,046.53 | $ 6,902.87 | $ - | $ 3,860.20 | | |
| | | | | $ 11,809.60 | 1 post petition payment | $ (1,002.93) | $ 1,002.93 | | | $ 43.60 | $ 7,905.80 | $ - | $ 3,860.20 | 7/1/2021 | |
| 6/22/2022 | $ 1,000.00 | $ 1,000.00 | | $ 12,809.60 | to debtor suspense | $ 1,000.00 | | | | $ 1,043.60 | $ 7,905.80 | $ - | $ 3,860.20 | | |
| | | | | $ 12,809.60 | 1 post petition payment | $ (1,002.93) | $ 1,002.93 | | | $ 40.67 | $ 8,908.73 | $ - | $ 3,860.20 | 8/1/2021 | |
| | | | | $ 12,809.60 | | | | | | $ 40.67 | $ 8,908.73 | $ - | $ 3,860.20 | | |
| | | | | $ 12,809.60 | | | | | | $ 40.67 | $ 8,908.73 | $ - | $ 3,860.20 | | |
| | | | | $ 12,809.60 | | | | | | $ 40.67 | $ 8,908.73 | $ - | $ 3,860.20 | | |
| | | | | $ 12,809.60 | | | | | | $ 40.67 | $ 8,908.73 | $ - | $ 3,860.20 | | |

# EXHIBIT "B"



| James Robertson, Esquire | Everett Anschutz, Esquire | David J. Schneid, Esquire | John Crane, Esquire |
|---|---|---|---|
| Member of Texas Bar | Member of Texas Bar | Member of Florida Bar | Member of Texas Bar |

May 5, 2023

**Henry D. Lamont**     U.S. MAIL
1910 Carter Rd
Folcroft, PA
19032

                      EMAIL

**Brad J.Sadek**
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

VIA EMAIL AND CERTIFIED U.S. MAIL

RE: Notice of Default for Henry D. Lamont; Case No: 20-10598-mdc

Dear Sir/Madam,

I represent Nations Lending Corporation, an Ohio Corporation, the servicer for mortgage on your client's property located at 1910 Carter Road, Folcroft, PA 19032. Please consider this letter a Notice of Default under the Stipulation Resolving Motion for Relief from Automatic Stay (DE #44) ("Order").

According to our client's records, the Debtor has not made the following mortgage payment pursuant to the Stipulation. In accordance with the Stipulation, Nations Lending Corporation, an Ohio Corporation hereby provides notice demanding the default be cured within fifteen (15) days of the date of this notice.

The breakdown of the Debtor's default is as follows:

Payments Due:

| Payments Past Due: 08/01/2021 – 02/01/2022 at $1,002.93 each | $7,020.51 |
|---|---|
| Payments Past Due: 03/01/2022– 01/01/2023 at $989.92 each | $10,889.12 |
| Payments Past Due: 02/01/2023– 04/01/2023 at $1,055.68 each | $3,167.04 |
| Suspense Balance | (-$40.67) |
| **Total Amount Due to Cure Default:** | **$21,036.00** |

The address where payments should be sent is:

LoanCare LLC
P.O. Box 8068
Virginia Beach, VA 23450

Pursuant to the Stipulation, failure to cure this default within fifteen (15) days from the date of this notice will result in Nations Lending Corporation, an Ohio Corporation, filing an order terminating the automatic stay.

Please notify me once the payment has been sent, and please provide me with proof of the payment as well. Should you have any further questions, please feel free to contact me.

Sincerely,

/s/ Charles G. Wohlrab
Charles G. Wohlrab, Esq.